# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYNETTE BUTLER,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FEDEX CORPORATION., a Delaware Corporation doing business in California; FEDEX TRADE NETWORKS TRANSPORT & BROKERAGE, INC., a New York Corporation doing business in California, and DOES 1 through 100, inclusive,<br><br>　　　　　Defendants<br>_____ | CASE NO.:  2:14-cv-01193-JAK-AS<br>Hon. John A. Kronstadt<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**JS-6** |

# O R D E R

IT IS HEREBY ORDERED that the provisions of this Stipulation are approved and the action is dismissed with prejudice pursuant to FRCP 41 (a) (1).

Dated: July 21, 2014   _____

Hon. John A. Kronstadt